```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>Nancy Marchinek, et al,<br><br>　　　Defendants | Case No. **2:10-cv-00311-JAM-DAD**<br><br>**ORDER RE: STIPULATION FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS** |

**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than December 5, 2011.

Date:  11/16/2011

　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　U. S. District Court Judge

PROPOSED ORDER RE STIPULATION FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-10-cv-00311-JAM-DAD- 1

PDF created with pdfFactory trial version www.pdffactory.com