SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    vs.<br><br>Nancy Marchinek, et al,<br><br>    Defendants | Case No. **2:10-cv-00311-JAM-DAD**<br><br>**ORDER RE: STIPULATION FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS** |

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than December 5, 2011.

Date:  11/16/2011

/s/ John A. Mendez
U. S. District Court Judge

PROPOSED ORDER RE STIPULATION FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-10-cv-00311-JAM-DAD- 1